UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Jeremy J Wilson  
    Ashley L Wilson  
         Debtor(s)

Case No. 13-36249

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2013.

2) The plan was confirmed on 12/13/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/10/2015.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,055.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,538.40 |
| Less amount refunded to debtor | $374.45 |

**NET RECEIPTS:** $5,163.95

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $205.20 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,205.20

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | Unsecured | 1,500.00 | 1,501.65 | 1,501.65 | 15.13 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 700.00 | 358.42 | 358.42 | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 147.00 | 2,147.18 | 2,147.18 | 58.28 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 468.00 | 468.36 | 468.36 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 581.83 | 581.83 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 1,992.00 | 1,991.83 | 1,991.83 | 54.06 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,500.00 | 1,504.40 | 1,504.40 | 15.16 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 1,683.34 | 1,683.34 | 32.69 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,000.00 | 4,858.15 | 4,858.15 | 146.72 | 0.00 |
| CNAC DOWNERS GROVE/BERWYN | Unsecured | NA | 7,545.29 | 7,545.29 | 227.88 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 393.00 | 961.32 | 961.32 | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 10,000.00 | 513.74 | 513.74 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 1,000.00 | 1,131.97 | 1,131.97 | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Unsecured | 16,864.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 265.00 | 265.08 | 265.08 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 92.00 | 210.51 | 210.51 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 4,000.00 | 7,088.00 | 7,088.00 | 214.07 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 200.00 | 11.80 | 11.80 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 200.00 | 118.00 | 118.00 | 118.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 236.00 | 236.58 | 236.58 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,000.00 | 569.46 | 569.46 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,000.00 | 562.34 | 562.34 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 940.00 | 825.65 | 825.65 | 0.00 | 0.00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 500.00 | 408.30 | 408.30 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD/CHARTER | Unsecured | 448.00 | 448.98 | 448.98 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 116.57 | 116.57 | 0.00 | 0.00 |
| VILLAGE OF BROADVIEW | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PARK FOREST | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF UNIVERSITY PARK | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| VIN CAPITAL LLC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| WOW HARVEY | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| WOW HARVEY | Unsecured | 974.00 | NA | NA | 0.00 | 0.00 |
| GEICO INSURANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY HOSPITAL OF MUNSTE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DAVID HEDGES | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| DEVRY TUITION | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HAMMOND IN | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMED 26499 | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CHECKS USA | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK FINANCE | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,601.00 | NA | NA | 0.00 | 0.00 |
| PAY | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| HINES VA HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HOME SHOPPING NETWORK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTHOR | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| JD BYRIDER | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS COMPANY | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS COMPANY | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL HEALTHCARE SERVICE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| OMNI CREDIT AGENCY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| SUGAR TREE APARTMENTS | Unsecured | 1,832.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| THE NEW COLONIES 01519 | Unsecured | 1,454.00 | NA | NA | 0.00 | 0.00 |
| THE OUTSOURCE GROUP | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| THOREK MEMORIAL HOSPITAL | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNIVERSITY OF IL HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SIU CARBONDALE | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| USAA CREDIT CARD SERVICES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VANDELIER GROUP LLC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| SHAVANTA WILSON-MAGETT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 800.00 | 808.51 | 808.51 | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | NA | 982.00 | 982.00 | 0.00 | 0.00 |
| US BANK | Unsecured | 500.00 | 219.17 | 219.17 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 2,883.00 | 2,827.88 | 2,827.88 | 76.76 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $118.00 | $118.00 | $0.00 |
| **TOTAL PRIORITY:** | **$118.00** | **$118.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,828.31** | **$840.75** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,205.20 |
| Disbursements to Creditors | $958.75 |
| **TOTAL DISBURSEMENTS**: | **$5,163.95** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/05/2015                              By: /s/ Glenn Stearns
                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**